MICHAEL DUNER, Appellant, *v.* HUDSON & MANHATTAN RAILROAD COMPANY, Respondent.

Reported below, 264 App. Div. 229.
Submitted October 5, 1942; decided October 15, 1942.

*Travers E. Devlin* and *John E. Buck* for motion.
*Joseph Gallo* and *Emile Z. Berman* opposed.
Motion denied.